ORIGINAL

# In the United States Court of Federal Claims

Pro Se

FILED
JUN 12 2017
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| JUDY RAE REDBOY, ) | |
| ) | |
| Plaintiff, ) | No. 17-19L |
| ) | (Filed: June 12, 2017) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On March 6, 2017, the government filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the Court of Federal Claims (RCFC). Docket No. 5. Ms. Redboy's response to the motion was due by April 6, 2017. See RCFC 6(a)(1), 6(d), & 7.2(b). By April 17, 2017, however, Ms. Redboy had not responded to the government's motion and the Court issued an order to show cause as to why Ms. Redboy's complaint should not be dismissed pursuant to RCFC 41(b) for failure to comply with the Rules of this Court or to prosecute this case. Order, Docket No. 7. Ms. Redboy's response was due by May 15, 2017. Id. Ms. Redboy did not respond to the Court's order, but instead attempted to file a motion seeking permission for an immediate family member to represent her in this action. See Order, Docket No. 8. On May 23, 2017, the Court directed that the motion be returned unfiled, but extended the time for Ms. Redboy to respond to the Court's order to show cause to June 5, 2017. See id. Nevertheless, Ms. Redboy has still not responded to either the government's motion or the Court's order to show cause. Therefore, pursuant to RCFC 41(b), the Court hereby **DISMISSES** Ms. Redboy's complaint without prejudice. The Clerk is directed to enter judgment accordingly. Each party shall bear its own costs.

**IT IS SO ORDERED.**

_____
ELAINE D. KAPLAN
Judge

7016 3010 0000 4308 3563